# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>                 Plaintiff,<br>  vs.<br>WILD OATS, et al.,<br><br>                 Defendant. | CASE NO. 04cv1018-WQH (WMc)<br><br>ORDER |

    The parties Joint Motion for Protective Order (Docket No. 151) is denied as moot and without prejudice.

    IT IS SO ORDERED.

DATED: January 10, 2008

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court