# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>                Plaintiff,<br>vs.<br>WILD OATS, et al.,<br><br>                Defendant. | CASE NO. 04cv1018-WQH (WMc)<br><br>ORDER |

On the November 13, 2007, the Court held a telephonic status conference in the above captioned case. Participating were Lynn Hubbard, Esq.(counsel for Gypsie Jones) and Amy Beckstead, Esq.(counsel for Wild Oats, Inc.). After being advised by counsel of the status of the case, the Court finds that no further action is required by the Court. This order is without prejudice to the judgment creditor to enforce or execute on the judgment.

IT IS SO ORDERED.

DATED: January 10, 2008

_signature_

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court